# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Dennis Clyde Thomason, #76007975
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

Nassau County Correctional Center
100 Carmen Ave East Meadow (Satellite + Main building)
New York 11554
Sheriff Mike Sposotto / Corporal Donnerry #252 / Doctor P/A Merker
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------------------------x

JURY TRIAL DEMAND
YES (X)   NO ___

CV 17 0818

AZRACK, J.

LOCKE, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
FEB 10 2017
LONG ISLAND OFFICE

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: Dennis Clyde Thomason
   (Lynch) vs Demarco)
                         vs
   Defendants: Riverhead / Yaphank correctional facilities
   (Demarco)

Note 3A - Law firm
Sherman & Sterling LLP
599 Lexington Avenue
New York NY 10022
1-212-848-4000
c/o George Adams

2. Court (if federal court, name the district;
   if state court, name the county) Long Island
   US Courthouse 100 Federal Plaza PO Box 9014
   Central Islip, NY 11722   Eastern District

3. Docket Number: CV-11-02602
   Violations of the eight and fourteenth Amendments

1

4. Name of the Judge to whom case was assigned: Judge Joanna Seybert

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Is still pending

6. Approximate date of filing lawsuit: 2011

7. Approximate date of disposition: 12/9/13

II. Place of Present Confinement: The Satellite building E2E6, E2E4, E2F3

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is YES,

② 1. What steps did you take? Then I managed to get a greivance I filled it out properly, Put it in the proper mailbox.

2. What was the result? Never received a responce Nor did I get a copy (yellow) back with any explaination

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is YES,

① 1. What steps did you take? I first made my complaint known to the corporal in charge - Christmas and New Years

2. What was the result? Ignored me never answered

Note: Part II C+F are stated in the statement of claim Section Part 4 (IV).

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Dennis C Thomason #16007975

Address  Nassau County Correctional Center 100 Carmen Ave. East Meadows NY 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    Nassau County Correctional Center
100 Carmen Ave    (Satelite & Main buildings)
East Meadow New York 11554

Defendant No. 2    Sheriff Mike Spozotto
Nassau County Correctional Center
100 Carmen Ave
East Meadow New York 11554

Defendant No. 3    Corporal Donnerry #252 shield or badge number
Nassau County Correctional Center
100 Carmen Ave
East Meadow New York 11554

Defendant No. 4    Doctor P/A Merker of the Medical Dept
Nassau County Correctional Center
100 Carmen Ave
East Meadow New York 11554

Defendant No. 5    Law Library CO - Ms Michele Condel
Nassau County Correctional Center
East Meadow New York 11554

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

Defendant No 6 - Mess Hall Civilian Head - Hamil
Nassau County 3 Correctional Center
East Meadow New York 11554

IV.  Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On 12/24, 12/25, and 12/26 I was totally locked in. With no explanation by corporal Donnerry. Without by law my hour out for shower and phone call. Then on 12/28 I was then subjected again to the same punishment for no reason. I wrote a greivance. With no responce. On 11/23 I was given stale bread. Again on 1/23 with mouse bites on it. From 11/23 till the present I have never been given hot food. On 11/25 I was sent to E2 E6. In which my cell was freezing. I wasn't aloud to have an extra blanket. It took me over 1½ months of being Ice cold before I found someone to move me. Once again corporal Donnerry refused to move me. For several days I was subjected to cold showers. The airsystem leaks black oil in which I'm breathing and getting headaches, The showers are disgusting black mold and some kind of flying nats all around. The ceiling about is falling apart. They constantly open and close the cell doors for no reason. I'm not allowed to get anything at a visit. It has to be sent by mail. Also the bread had stains on eat. Which would be mouse urine. So I go to bed starving and wake up starving literally. I have also been packed up to go to court in another county with all the stuff allowed here. Come back and clothes etc be missing out of my bag. That's BS. I had some legal mail that had to be notorized and sent with a money order. I had the money in my account. Yet Ms Michele Condel  always has a nasty attitude and slick mouth. Bugs and spiders in cells, Civilian Hamil -No badge that works and head of the messhall Food always cold - trays half empty mostly all the time - I stay hungry all day. All defendants listed Have had poor attitudes, spiteful, disrespectful attitudes. Only 5 phones for 52 people. I can hardly get on when I need to. Visiting - My visitors treated harshly. And finally commissary - Expensive, the limits aren't listed, and its all Junk food. I don't need all sugar food. So I stay hungry. Also I know in the messhall there has been feces on food and told just wipe it off and prepare it. Very very unhealthy And your not aloud to get magazines, books etc sent in by your people,

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

On 11/13 I was tased 3 times by an officer. Put in an ambulance in which they did nothing. Took me to the hospital. Took blood never gave me an EKG and just pulled the spike out of my chest. I would like to find someone to help sue the police and hospital and ambulance service. Since coming to the jail I have dropped 9 or more slips from 11/22 to 1/22. I finally seen the nurse Ms Monticure and another woman that wouldn't give me her name. I never saw the doctor that next day 1/23 At 7:30 PM I told the dorm nurse. She said I had to tell the co's in the bubble to have me call down - Its taken over 1 month to see someone. On 1/23 They never called medical and I never went down. ON 1/24 Finally I saw a Dr Merker. All he did was ask me questions. A day or 2 later. They took 5 vials of blood. Still no EKG. test yes 1/27 3 days later. Since then I'm still dropping slips for an EKG. I've also lost 12 lbs. which is a concern. I have told them as well about my high blood pressure, my grain headaches - yet I've not been given any medicine. I most importantly have been getting sharp pains in my chest at times and shortness of breath. I have witness 2 deaths here heart related. So I'm scared and my aunt is very worried.

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Starving, Stress, Pain, suffering, mental problems, health issues all from this facility. My life is worth more than what I'm asking and seeking monitarily 500 million dollar settlement. And for this to help the future as well I am not an animal in any way. And shouldn't be subjected to these existing conditions and problems. They should be looked into thoroughly and straightened out.

I declare under penalty of perjury that on _____, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __3__ day of __February__, 20_17_. I declare under penalty of perjury that the foregoing is true and correct.

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 20_19_

_____
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility

100 Carmen Ave
East Meadow, New York 11554-1146
Address

#16007975
Prisoner ID#

5