**LAURA CURRAN**
**County Executive**

**JARED A. KASSCHAU**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

March 16, 2021

**Via ECF**
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm N208
Brooklyn, New York 11201

Re: Thomason v. Corporal Donnery & Sgt. James Crawford
17 CV-818 (AMD) (RER)

Dear Judge Donnelly:

We write this joint status letter on behalf of the parties currently appearing in this action, as directed by the Court on February 11, 2021.

Today, Plaintiff's counsel conveyed a new settlement demand to the undersigned, who will be advising the County Attorney of the same. The undersigned will attempt to have a response for Plaintiff by the upcoming settlement conference on April 6, 2021.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Jennean R. Rogers

/s/
William LaVelle

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**
**WRITER'S DIRECT LINE: 516-571-6326**
**EMAIL: jrogers1@nassaucountyny.gov**