UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DENNIS CLYDE THOMASON,

                                Plaintiff,            17-CV-818 (AMD)(RER)

    v.

SGT. JAMES CRAWFORD,                              **STIPULATION AND ORDER OF DISMISSAL**

                                Defendant.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: April 26, 2021

LAVELLE LAW & ASSOCIATES, P.C.

By: *William T. Lavelle* (signature)
     WILLIAM T. LAVELLE, ESQ.
     57 East Main Street
     Patchogue, New York 11772

JARED KASSCHAU
Nassau County Attorney

By: *Jennean Rogers* (signature)
     JENNEAN R. ROGERS, ESQ.
     Deputy County Attorney
     1 West Street
     Mineola, New York 11501